ELIZABETH MICHEL, Appellant, v. FRANZ JOSEPH MICHEL, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of JOHN W. O'BANNON, an Incompetent Person. FLAVIUS PACKER, Appellant; JOHN T. DOOLING, as Surviving Committee of JOHN W. O'BANNON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ELEANOR GENEVIEVE CASSEBEER, Respondent, Appellant, v. HENRY ARTHUR CASSEBEER, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant, Respondent, v. JOHN M. LARSEN, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

COMMERCIAL UNION ASSURANCE COMPANY, LIMITED, Appellant, Respondent, v. JOHN M. LARSEN, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GEORGE B. HARDIE and Another, Respondents, v. FRANK BEGRISCH, JR., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

GEORGE B. HARDIE and Another, Plaintiffs, Respondents, Impleaded with HENRY A. INGRAHAM and Another, Petitioners, Respondents, v. FRANK BEGRISCH, JR., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BENJAMIN W. BUNKER, Respondent, v. JAMES C. BENNETT and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.